147 A.3d 1197

IN THE MATTER OF NICHOLAS NICOSIA, AN ATTORNEY
AT LAW (ATTORNEY NO. 006932005)

November 4, 2016

## ORDER

This matter having been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent (DRB 16–166) of **NICHOLAS NICOSIA** of **VERNON**, who was admitted to the bar of this State in 2005;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (failure to safeguard client funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), *RPC* 1.15(d) and *Rule* 1:21–6, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket Nos. XIV–2012–0635E and XIV–2014–0695E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **NICHOLAS NICOSIA** of **VERNON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.